UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAXON INNOVATIONS, LLC | ) |
| Plaintiff(s), | ) No. C09-80264 MHP (BZ) |
| v. | ) **NOTICE OF RECUSAL** |
| NOKIA CORP., | ) |
| Defendant(s). | ) |

I hereby recuse myself in the above action.

Dated: October 2, 2009

                                         /s/ Bernard Zimmerman
                                         Bernard Zimmerman
                                   United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\SAXON RECUSAL.wpd

1